IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CLARENCE CLAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:14-CV-131-WKW |
| | ) |
| MYRON H. THOMPSON, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On June 26, 2014, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 35). Upon an independent review of the file in this case and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED, Defendants' motion to dismiss (Doc. # 17) is GRANTED, and that this case is DISMISSED without prejudice for lack of subject-matter jurisdiction.

DONE this 16th day of July, 2014.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT COURT